UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAUL CHIRE, | ) |
| Plaintiff, | ) |
| vs. | ) 2:14-cv-0383-MMD-NJK |
| NEW CASTLE CORP., d.b.a. EXCALIBUR HOTEL AND CASINO, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order, filed on May 14, 2014. Docket No. 17. The Stipulated Discovery Plan and Scheduling Order misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off date. *See id.*, at 3.

Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//
//
//
//

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the
2  Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no
3  later than May 22, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.
4  IT IS SO ORDERED.
5  DATED: May 15, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Veronica A. Hall, Christian Gabroy, and Alan J. Reinach.

2