VERONICA ARECHEDERRA HALL, Bar No. 5855
Veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAUL CHIRE, <br><br> Plaintiff, <br><br> v. <br><br> NEW CASTLE CORP., dba EXCALIBUR HOTEL & CASINO; DOES and ROES DEFENDANTS, <br><br> Defendant. | Case No. 2:14-cv-00383-RFB-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SAUL CHIRE and NEW CASTLE CORP. dba EXCALIBUR HOTEL & CASINO ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

1  Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court
2  resolution of this matter.

3  Dated: February 17, 2015                              Dated: February 13, 2015

6  _____                           _____
7  Veronica Arechederra Hall                             Christian Gabroy
   3800 Howard Hughes Parkway, Ste. 600                  170 S. Green Valley Pkwy., #280
8  Las Vegas, NV 89169                                   Henderson, NV 89102

9  Attorneys for Defendants                              Alan J. Reinach (*Pro Hac Vice Pending*)

10                                                       Attorneys for Plaintiff

11                                   **ORDER**

13  IT IS SO ORDERED:

16                                    _____
                                      RICHARD F. BOULWARE, II
17                                    United States District Judge

18                                    DATED this 23rd day of February, 2015.

23  4833-0391-7601, v. 1